IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NHUT LE,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. H – 04 – 1367 |
| § | |
| **JOHN E. POTTER, Postmaster General,** § | |
| **United States Postal Service,** § | |
| § | |
| **Defendant.** § | |

## MEMORANDUM AND ORDER

Defendant has filed a Motion for Summary Judgment, arguing that Plaintiff cannot prove the essential elements of his claims. Plaintiff filed a response, and Defendant filed a reply thereto. Having reviewed the parties' filings and their arguments at the status conference, as well as the relevant case law, the Court hereby **GRANTS** Defendant's Motion for Summary Judgment (Doc. #15). Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

SIGNED this 16th day of August, 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**